IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALVIN HODGES,
    Plaintiff,

vs.                                          Case No.: 3:19cv3647/LAC/EMT

SERGEANT WEATON,
    Defendant.
_____/

## **ORDER**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 11, 2019 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1).

3. The clerk must enter judgment accordingly and close this case.

**DONE AND ORDERED** this 6th day of November, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**